| | |
|---|---|
| 1 | ZIMMERMAN REED LLP |
| | Caleb Marker (SBN 269721) |
| 2 | E-mail: caleb.marker@zimmreed.com |
| | 6420 Wilshire Blvd., Suite 1080 |
| 3 | Los Angeles, CA 90048 |
| | (877) 500-8780 Telephone |
| 4 | (877) 500-8781 Facsimile |

ZIMMERMAN REED LLP
Brian C. Gudmundson
　E-mail: brian.gudmundson@zimmreed.com
Jason P. Johnston
　E-mail: jason.johnston@zimmreed.com
Michael J. Laird
　E-mail: michael.laird@zimmreed.com
Rachel K. Tack
　E-mail: rachel.tack@zimmreed.com
80 S 8th Street, Suite 1100
Minneapolis, MN 55402
(612) 341-0400 Telephone
(612) 341-0844 Facsimile

THE JOHNSON FIRM
Christopher D. Jennings
　E-mail: chris@yourattorney.com
610 President Clinton Avenue
Suite 300
Little Rock, AR 72201
(501) 372-1300 Telephone

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAM ABEDI and FARNAZ DOROODIAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>HERITAGE PROVIDER NETWORK, INC. and REGAL MEDICAL GROUP, INC.<br><br>　　　　　　　　Defendants | CASE NO.: 2:23-cv-1113<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), Plaintiffs Sam Abedi and Farnaz Doroodian, by and through undersigned counsel, hereby give notice that they are voluntarily dismissing all claims against Defendants Heritage Provider Network Inc. and Regal Medical Group, Inc., pending in the above captioned case, without prejudice.

Plaintiffs state that Defendants have not filed an answer or motion for summary judgment. This case is not governed by any federal statute that requires a court order for dismissal. No counter claims are pending for independent adjudication. Plaintiffs file this Notice of Dismissal with the intention of dismissing all of their claims against Defendants, without prejudice.

Accordingly, Plaintiffs Sam Abedi and Farnaz Doroodian hereby dismiss all of their claims against Defendants without prejudice.

Respectfully submitted,

Date: March 1, 2023    By:    /s/ Caleb Marker
Caleb Marker (SBN 269721)
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone: (877) 500-8780
Facsimile: (877) 500-8781
caleb.marker@zimmreed.com

Brian C. Gudmundson
Jason P. Johnston
Michael J. Laird
Rachel K. Tack
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
jason.johnston@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

Christopher D. Jennings
**THE JOHNSON FIRM**
610 President Clinton Avenue, Suite 300
Little Rock, AR 72201
Telephone: (501) 372-1300
chris@yourattorney.com

*Attorneys for Plaintiffs and the Proposed Class*